# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE STEELE, | Case No.: 2:17-cv-02626-JAM-AC |
| Plaintiff, | |
| vs. | **ORDER GRANTING STIPULATION FOR ORDER CONTINUING EXPERT DESIGNATION/REPORT DEADLINES** |
| RASH CURTIS & ASSOCIATES, | |
| Defendant. | |

Upon review of the parties' stipulation continuing expert designation/report deadlines, and good cause showing, it is hereby ordered that:

1) Opening Expert Designations due served by August 10, 2018;
2) Rebuttal Expert Designations due served by August 24, 2018;
3) Expert Discovery Cut-Off remains September 28, 2018

Date: 7/25/2018              /s/ John A. Mendez
                             United States District Court Judge