UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DIANE STEELE,

        Plaintiff,

   vs.

RASH CURTIS & ASSOCIATES,

      Defendant(s).

Case No.: 2:17-cv-02626-JAM-AC

**ORDER RE STIPULATION TO DISMISS WITH PREJUDICE**

## <u>ORDER RE STIPULATION TO DISMISS WITH PREJUDICE</u>

The Stipulation to Dismiss Plaintiff's individual claims with Prejudice is hereby Approved. All parties shall bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: 10/31/18

                        /s/ John A. Mendez_____

                        John A. Mendez

                        United States District Court Judge